IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] ) <br> ) <br> Fansteel Inc. ) <br> ) <br> Plaintiff ) <br> ) <br> v ) <br> ) <br> Lester R. Sutton, Jr., et al. ) <br> ) <br> Defendant ) <br> ) | Civil Action No. 04-528 (JJF) <br><br><br><br> Adversary Case No.  04-51076 <br> Bankruptcy Case No. 02-10109 (JJF) |

Objection Deadline: April 19, 2005 at 4:00 p.m. EST<br>Hearing Date:  TBD, if necessary

## NOTICE OF SETTLEMENT OF AVOIDANCE ACTION

Plaintiff, Fansteel, Inc., Reorganized Debtor (hereinafter referred to as "Plaintiff"), files this Notice of Settlement of Avoidance Action (the "Notice").  A proposed Mutual Settlement Agreement and Release (the "Settlement Agreement") was entered into by Plaintiff and Lester R. Sutton, Jr. d/b/a Aggressive Grinding ("Sutton"), (hereinafter referred to as "Defendant"), on January 10, 2005, a copy of which is attached hereto, which Settlement Agreement provides, *inter alia*, the following:

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

27311-002\DOCS_DE:107162.1

| Name of Defendant: | Lester R. Sutton, Jr. d/b/a Aggressive Grinding |
|---|---|
| Adversary Proceeding No.: | 04-51076 |
| Complaint Amount: | $135,687.61 |
| Settlement Amount: | $17,500.00 |
| Special Circumstances: | |

Plaintiff submits that the above Settlement Agreement is the product of arm's-length negotiations between Plaintiff and Defendant. The Settlement Agreement represents a favorable resolution of Plaintiff's claims and results in a cash payment [and claim waiver(s)] to Plaintiff for the benefit of creditors. Accordingly, Plaintiff further submits that the Settlement Agreement is fair and reasonable, is in the best interest of the creditors, and is the result of the exercise of sound business judgment.

If you object to the terms of the settlement, you are required to file an objection to this Settlement Agreement on or before April 19, 2005 at 4:00 p.m.

THIS NOTICE IS SUBMITTED ON NEGATIVE NOTICE. ANY PARTY OBJECTING TO THE RELIEF REQUESTED HEREIN SHALL MAKE ITS OBJECTION KNOWN BY FILING AN OBJECTION TO THE PROPOSED SETTLEMENT, SERVED UPON THE UNDERSIGNED AND FILED WITH THE COURT NO LATER THAN FIVE (5) BUSINESS DAYS AFTER DELIVERY HEREOF. A HEARING ON THE NOTICE WILL BE HELD AT A TIME TO BE DETERMINED BY THE COURT ONLY IF A TIMELY

OBJECTION IS FILED. IF NO SUCH OBJECTIONS ARE FILED, THE SETTLEMENT WILL BE DEEMED APPROVED WITHOUT FURTHER ORDER OF THE COURT.

Dated:   April 12, 2005

SCHULTE, ROTH & ZABEL LLP
Jeffrey S. Sabin (JSS-7600)
David J. Ciminesi (DJC-8156)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

AND

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Steven J. Kahn (CA Bar No. 76933)
Jason S. Pomerantz (CA Bar No. 157216)
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Counsel for Debtors and Reorganized Debtors
FANSTEEL