IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL., [1] | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 04-528 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| Lester R. Sutton, Jr., et al. | ) | |
| | ) | Adversary Case No.  04-51076 |
| Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the ___12th___ day of April 2005, I caused

a copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**NOTICE OF SETTLEMENT OF AVOIDANCE ACTION.**

*James E O'Neill*

James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

**Hand Delivery**
 David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**First Class Mail**
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL  60064

**First Class Mail**
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

**First Class Mail**
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100

Fansteel Service Lester Sutton Adversary
Document No. 107168
01 – Hand Delivery

***Hand Delivery***
(Counsel for Aggressive Grinding Services)
Kathleen Campbell, Esquire
Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801